| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Donald, Bernice B. | 2. Court or Organization<br><br>Court of Appeals, Sixth | 3. Date of Report<br><br>10/31/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Court of Appeals, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Court of Appeals
167 N. Main Street, #1132
Clifford Davis/Odell Horton Federal Building
Memphis, TN 38103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair, Criminal Justice Section (1/2016-8/2016) | American Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 10/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia | 1/9/2016-1/13/2016 | Charlottesville, VA | Trial Advocacy Program | Transportation, Lodging, & Food |
| 2. | American Bar Association | 1/23/2016-1/24/2016 | New Orleans, LA | Mock Trial Competition | Transportation, Lodging, & Food |
| 3. | American Bar Assocation | 2/5/2016-2/8/2016 | San Diego, CA | Annual Meeting | Transportation, Lodging, & Food |
| 4. | Fordham University | 2/25/2016-2/26/2016 | New York, NY | Fordham University Law Seminar | Transportation, Lodging, & Food |
| 5. | Bar Organization | 3/2/2016-3/4/2016 | San Diego, CA | Educational Seminar | Transportation, Lodging, & Food |
| 6. | Federal Judicial Center | 3/10/2016-3/11/2016 | New York, NY | FJC Educational Seminar | Transportation, Lodging, & Food |
| 7. | Federal Judicial Center | 4/18/2016-4/20/2016 | Albuquerque, NM | FJC Educational Seminar | Transportation, Lodging, & Food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Donald, Bernice B. | 10/31/2017 |

| | | | | |
|---|---|---|---|---|
| 8. | American Bar Association | 4/28/2016-4/30/2016 | Albuquerque, NM | Meeting and CLE | Transportation, Lodging, & Food |
| 9. | Federal Defenders Office | 5/3/2016-5/4/2016 | Philadelphia, PA | Educational Seminar | Transportation, Lodging, & Food |
| 10. | American Law Institute | 5/16/2016-5/18/2016 | Washington, DC | Meeting and Education Program | Transportation, Lodging, & Food |
| 11. | Federal Judicial Center | 6/19/2016-6/20/2016 | Washington, DC | FJC Educational Seminar | Transportation, Lodging, & Food |
| 12. | American Bar Association | 6/22/2016-6/24/2016 | Los Angeles, CA | Educational Seminar | Transportation, Lodging, & Food |
| 13. | Federal Judicial Center | 6/29/2016-7/1/2016 | Philadelphia, CA | FJC Educational Seminar | Transportation, Lodging, & Food |
| 14. | Black Prosecutors Association | 7/12/2016-7/13/2016 | St. Louis, MO | Education Program | Transportation, Lodging, & Food |
| 15. | International Society for the Reform of Criminal Law | 7/24/2016-7/28/2016 | Halifax, Nova Scotia, Canada | Meeting and CLE | Transportation, Lodging, & Food |
| 16. | Federal Defenders Program | 9/8/2016-9/10/2016 | Atlanta, GA | CLE | Transportation, Lodging, & Food |
| 17. | American Bar Association | 10/5/2016-10/6/2016 | Chicago, IL | CLE | Transportation, Lodging, & Food |
| 18. | American Bar Association | 10/27/2016-10/28/2016 | San Francisco, CA | CLE | Transportation, Lodging, & Food |
| 19. | American Bar Association | 10/29/2016-11/1/2016 | Budapest, Hungary | Meeting of U.I.A | Transportation, Lodging, & Food |
| 20. | American Bar Association | 11/10/2016-11/11/2016 | Chicago, IL | Meeting and CLE | Transportation, Lodging, & Food |
| 21. | American Bar Association | 11/15/2016-11/16/2016 | Atlanta, GA | MeetingSpeaker | Transportation, Lodging, & Food |
| 22. | Virgin Islands Bar Association | 12/8/2016-12/10/2016 | St. Thomas, VI | CLE Speaker | Transportation, Lodging, & Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 10/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Donald, Bernice B. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lincoln Variable Annuity | | | | | | | | | |
| 2. - LVIP Blackrock Dividend Value | A | Dividend | L | U | Buy | 09/25/16 | J | | Bernice Donald |
| 3. - Delaware VIP Diversified Income | A | Dividend | K | U | Buy | 09/25/16 | J | | Bernice Donald |
| 4. - LVIP Dimensional US Equity MNGD | A | Dividend | L | U | Buy | 09/25/16 | J | | Bernice Donald |
| 5. - LVIP JPM Select MID CAP Value MNGD | A | Dividend | J | U | Buy | 09/25/16 | J | | Bernice Donald |
| 6. - LVIP PIMCO Low Duration Bond | A | Dividend | J | U | Buy | 09/25/16 | J | | Bernice Donald |
| 7. - LVIP Multi-Manager Global Equity | A | Dividend | J | U | Buy | 09/25/16 | J | | Bernice Donald |
| 8. American Global Growth C | A | Distribution | J | U | Buy | 08/25/16 | J | | Bernice Donald |
| 9. Allianzgt Income & Growth C | A | Dividend | J | U | Buy | 08/25/16 | J | | Bernice Donald |
| 10. AAM Bahl & Graynor Inc. GWC | A | Dividend | J | U | Buy | 08/25/16 | J | | Bernice Donald |
| 11. Highland Healthcare C | A | Dividend | J | U | Buy | 09/08/16 | J | | Bernice Donald |
| 12. Highland Healthcare | A | Dividend | J | U | Buy (add'l) | 12/29/16 | J | | Bernice Donald |
| 13. Domini Int'l Social Equity Fund | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 14. Ishares S&P 500 Val ETF | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 15. Brown Adv Sm Cp FNDMNTL | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 16. EGShares Emerging Markets | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 17. Fioneer Mlti Ast. Ult Shr Inc | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. John Hancock Shr Dur Cr Opp | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 19. American WA Mutual | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 20. American AMCAP | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 21. Allanzgi NFG J Div Value | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 22. PIMCO Foreign BD US Opps | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 23. Blackrock US Opps | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 24. Amer Cent Intl GRWINV | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 25. AB SMALL CAP GRW ADV | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 26. AMERICAN GW FD OF AMERICA F2 | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 27. LORD ABBETT INCOME F | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 28. LORD ABBETT SHT DURATION INC F | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 29. ARIEL FUND | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 30. BLACKROCK TOTAL RET I | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 31. MORGAN STANLEY BANK NA | A | Dividend | J | U | Buy | 10/01/16 | J | | Bernice Donald |
| 32. Waddell & Reed Investment Account (H) | | | | | | | | | |
| 33. First Horizon | B | Dividend | J | T | | | | | Bernice Donald |
| 34. Proctor & Gamble | D | Distribution | J | T | | | | | Bernice Donald |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Reynolds American Inc. | C | Dividend | J | T | | | | | Bernice Donald |
| 36.  Ford Motor Co | B | Dividend | J | T | | | | | Bernice Donald |
| 37.  Pioneer Cash Reserves | C | Dividend | J | T | | | | | Bernice Donald |
| 38.  Facebook | | None | K | T | | | | | Bernice Donald |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 10/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII  I opened an investment account with Waddell & Reed in February 2013, to which I contribute $3500.00 monthly from my federal salary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Bernice B. Donald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544